**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

February 13, 2001

Memo To Counsel Re: Henry Fleckenstein, Jr. v. UPS, et al.
Civil No. JFM-01-256

Dear Counsel:

I have reviewed the memoranda submitted in connection with United Parcel's motion to stay.

The motion is granted and the action is stayed as to all proceedings, including ruling on plaintiff's motion to remand. I am satisfied that the issues can best be handled by the transferee court. The order states that this case is administratively closed, subject to being reopened in the event that it is transferred back to this court.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File