IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

—————FILED ————ENTERED
—————LODGED ————RECEIVED

FEB 13 2001

A: BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                              DEPUTY

HENRY A. FLECKENSTEIN, JR.                *
                                          *
          v.                              *    Civil No. JFM-01-256
                                          *
UNITED PARCEL SERVICE, INC, ET AL.*
                              *****

ORDER

As stated in the accompanying memorandum to counsel, it is, this 13th day February 2001

ORDERED

1. All further proceedings in this court are stayed;

2. The Southern District of New York to which this case is being transferred by the MDL

Panel shall consider all pending motions, either deciding them on their merits or determining that

they should be transferred back to this court for resolution; and

3. This action is stayed, subject to being reopened in the event that it is transferred back

to this court.

J. Frederick Motz
United States District Judge